**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| NICOLE M. FISHER | ) | BANKRUPTCY CASE NUMBER 09-14513 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1 | National Capital Management, LLC<br>8245 Tournament Drive, Suite 230<br>Memphis, Tennessee  38125 | $ 4.97 |
| CLAIM # 11 | Summit Radiology<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana  46802 | $ 3.29 |
| CLAIM # 12 | Indiana Pathology<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana  46802 | $ 3.71 |

**TOTAL:   $11.97**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of February, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                               /s/ Yvette Gaff Kleven
                                               Yvette Gaff Kleven