UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF                )
                                )
NICOLE M. FISHER                )    BANKRUPTCY CASE NUMBER 09-14513
                                )                CHAPTER 7
            DEBTOR.             )

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM #1 | National Capital Management, LLC<br>8245 Tournament Drive, Suite 230<br>Memphis, Tennessee   38125 | $ 0.10 |
| CLAIM # 3 | Robert Schlifke<br>Post Office Box 11296<br>South Bend, Indiana   46634 | $ 0.12 |
| CLAIM # 6 | Professional Emergency Physicians<br>Post Office Box 12949<br>Fort Wayne, Indiana   46866-2949 | $ 1.21 |
| CLAIM # 7 | Centennial Wireless<br>Attention:   Recovery<br>3811 Illinois Road, Suite #100<br>Fort Wayne, Indiana   46804 | $ 1.02 |
| CLAIM # 8 | American Infosource Lp<br>T Mobile/T-Mobile USA Inc.<br>Post Office Box 248848<br>Oklahoma City, Oklahoma   73124-8848 | $ 0.15 |
| CLAIM # 9 | Allen Collections, Inc.<br>6710 Old Trail Road<br>Fort Wayne, Indiana   46809 | $ 0.48 |

| | | |
|---|---|---|
| CLAIM #10 | Preferred Anesthesia Consultants<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 0.37 |
| CLAIM #11 | Summit Radiology<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 0.07 |
| CLAIM #12 | Indiana Pathology<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 0.07 |
| CLAIM #13 | Three Rivers Ambulance Authority<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 0.70 |
| CLAIM #14 | Fort Wayne Cardiology<br>c/o Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 0.77 |

**TOTAL:    $ 5.06**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven